No. 80–1589. BROWN BOVERI ELECTRIC, INC., SWITCHGEAR SYSTEMS DIVISION v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1687. WESTERN UNION TELEGRAPH CO. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1667. MANSON v. VILLAFANE. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE would grant the writ and summarily reverse the Court of Appeals' judgment.

No. 80–1764. FLORIDA v. MORSMAN. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.